738

ment for December 1, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ALFRED G. YAKEL.— Motion granted in so far as to extend appellant's time to serve and file appellant's points to and including the 11th day of November, 1931, with notice of argument for November 30, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MARGARET L. DONAHUE, as Committee, etc., of PETER DONAHUE, Incompetent, v. NEW YORK LIFE INSURANCE COMPANY.— Preference granted for November 18, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH LOANE.— Preference granted for November 12, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of KATHERINE E. BROWN against I. NICK GORDON, an Attorney.— Motion granted in so far as to extend the time of appellant within which to serve and file the record on appeal and appellant's points to and including the 20th day of November, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GRACE E. LOWENDAHL, on Behalf of Herself and All Other Creditors, etc., v. L. VAN BOKKELEN, INC.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

J. J. G. REALTY CO., INC., Respondent, v. H. S. HILLYER & CO., INC., Respondent, and AUGUSTA GERSON, Third Party, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. BERNARD K. MARCUS and Others, Impleaded, etc.— Motion granted so far as to extend appellants' time to file the record on appeal to and including December 1, 1931, with notice of argument for January 5, 1932. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MAX H. HORWITZ v. ABRAHAM PLOTKIN and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal and appellants' points to be filed on or before November 27, 1931, with notice of argument for December 15, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MILDRED G. MORRIS v. MYRON I. MORRIS.— Motion to dismiss appeal denied, with leave to renew on December 4, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LOUIS ULLMAN and Another v. JACOB STOLZENBERG and Others.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MARY JANE DURSO, by WILFRED H. GILLON, Her Guardian ad Litem, v. MICHAEL A. DURSO.— Motion granted. Appellant's right to appeal from the order of August 25, 1931, ended when his motion for reargument was granted and the order of October 14, 1931, was entered. His remedy now is by appeal from the order of October 14, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK DE ANGELIS.— Motion